UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 19-4049 JJO

UNITED STATES OF AMERICA

vs.

DAMIAN WILLIAMS,

Defendant.
_____/

# CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: *Leila Babaeva*
LEILA BABAEVA
SPECIAL ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5A5502591
99 N. E. 4th Street
Miami, Florida 33132-2111
Tel: (202) 549-5731
Email: Leila.Babaeva2@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DAMIAN WILLIAMS | ) | Case No. 19-4049 TJO |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 3, 2019__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) | Escape from Custody |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Bryan Bailey, Deputy U.S. Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/20/19__

_____
*Judge's signature*

City and state: __Miami, Florida__   Hon John O'Sullivan, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bryan Bailey, being first duly sworn, depose and state as follows:

1. I am a Deputy U.S. Marshal with the U.S. Marshals Service and have been so employed since 2009. During the course of my career in law enforcement, I have led, conducted, and participated in criminal investigations involving escape from custody, felon in possession of firearms, bank fraud, wire fraud, access device fraud, and aggravated assault. I have been trained to and have personally conducted criminal investigations involving or relating to fugitives who are actively fleeing from prosecution and/or incarceration and am currently assigned in that capacity, in the U.S. Marshal Fugitive unit in Miami, Florida. I have completed the Criminal Investigator Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

2. The information contained in this Affidavit is submitted for the sole purpose of establishing probable cause that on or about December 3, 2019, DAMIAN WILLIAMS did knowingly Escape from Custody in violation of Title 18, United States Code Section 751(a).

3. The information in this Affidavit is based on my personal knowledge and information provided to me by others, including other law enforcement personnel. The information set forth herein is provided solely for the purpose of establishing probable cause in support of the criminal complaint. Because this Affidavit is submitted for the limited purpose of establishing probable cause, it does not include all of the facts learned during the course of the investigation.

## **PROBABLE CAUSE**

4. On or about January 5, 2016, WILLIAMS pled guilty to Possession of 15 or more Access Devices, in violation of Title 18, United States Code, Section1029(a)(3), and Aggravated Identity Theft, in violation of Title 18, United States Code, Section 1028A(a)(1), in the United States District Court for the Southern District of Florida (Case Number 15-CR-20856-MORENO). On or about March 24, 2016, the Honorable Judge Federico Moreno sentenced WILLIAMS to sixty- one (61) months' imprisonment, followed by thirty six (36) months of supervised release.

5. On or about August 28, 2019, WILLIAMS reported to the custody of Banyan Health Residential Reentry Center (the "Center"), a U.S. Federal Bureau of Prisons Community Corrections facility located in Miami, Florida for the remainder of his period of incarceration, which was set to end on or about February 18, 2020. On the same day, WILLIAMS read, acknowledged, and signed that he understood the facility's rules and regulations, which stated that departure from the Center required approval and that WILLIAMS was subject to criminal charges if he remained unaccounted for after 30 minutes.

6. On or about December 2, 2019, the Center's Manager, "N.R.," witnessed WILLIAMS having trouble operating the copy machine located in the Center's lobby. N.R. observed WILLIAMS had blood shot eyes, and asked WILLIAMS if he needed assistance. Based on WILLIAMS's bloodshot eyes, N.R. informed her supervisor that WILLIAMS may be under the influence of narcotics. N.R.'s supervisor interviewed WILLIAMS, who admitted to being under the influence of Synthetic marijuana, a narcotic considered contraband in the facility.

7. On or about December 3, 2019 at 6:30 p.m., the Center conducted a count of all

prisoners. Upon conclusion of that count, WILLIAMS was unaccounted for, despite not having permission to depart the facility. Since December 3, 2019, WILLIAMS has not returned to the facility and his whereabouts are currently unknown.

8. Based on the above facts, I submit that there is probable cause to believe that on or about December 3, 2019, in the Southern District of Florida, the defendant, DAMIAN WILLIAMS, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly Escape from Custody in violation of Title 18, United States Code, Section 751(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
BRYAN BAILEY
Deputy U.S. Marshal

Sworn to and subscribed before me this
___20___ day of December, 2019.

_____
HONORABLE JOHN O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE