UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-20002-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

DAMIAN WILLIAMS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Alicia Otazo-Reyes on July 22, 2020. A Report and Recommendation was filed on August 4, 2020, [ECF No. 14], recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation [ECF No. 14] of United States Magistrate Judge Alicia Otazo-Reyes, is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty to the sole count set forth in the Indictment, namely, escape from the custody of a facility in which he was confined by direction of the Attorney General by virtue of a judgment and commitment of the United States District Code for the Southern District of Florida in violation of Title 18, United States Code, Section 751(a).

Sentencing is set on **Tuesday, October 20, 2020 at 10:00 a.m.,** at the United States Courthouse, Courtroom 10-1, 400 N. Miami Ave, Miami Florida 33128.

**DONE AND ORDERED** in Chambers at Miami, Florida, this __ day of August, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc:
Hon. Magistrate Judge Otazo-Reyes
All Counsel of Record
U.S. Probation Office